

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 23581030**
**Date Processed: 08/03/2021**

| | |
|---|---|
| **Primary Contact:** | Sandra Adams<br>United Services Automobile Association<br>9800 Fredericksburg Rd<br>San Antonio, TX 78288-0002 |
| **Electronic copy provided to:** | Carmen Solis<br>Griselda Mejia<br>Debra Brake<br>Danielle Lopez<br>Ruby Esquivel |

| | |
|---|---|
| **Entity:** | USAA Casualty Insurance Company<br>Entity ID Number  3692525 |
| **Entity Served:** | USAA Casualty Insurance Company |
| **Title of Action:** | Justin Lord-Stephens  vs. USAA Casualty Insurance Company |
| **Matter Name/ID:** | Justin Lord-Stephens  vs. USAA Casualty Insurance Company (11457663) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Bossier Parish District Court, LA |
| **Case/Reference No:** | C-165412 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 08/03/2021 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | LA Secretary of State on 07/30/2021 |
| **How Served:** | Certified Mail |
| Sender Information: | Elizabeth A. Hancock<br>318-221-1507 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

0901119cadb70fc0

USAA Confidential

Bossier Parish Clerk of Court
Filed Jul 26, 2021 12:57 PM
Katie F. Best
Deputy Clerk of Court
E-File Received Jul 26, 2021 11:00 AM

C-165412
2

JUSTIN LORD-STEPHENS                         :   SUIT NUMBER:

VERSUS                                       :   26TH JUDICIAL DISTRICT COURT

USAA CASUALTY INSURANCE COMPANY   :   BOSSIER PARISH, LOUISIANA

## PETITION

JUSTIN LORD-STEPHENS, domiciled in Bossier Parish, Louisiana, respectfully represents:

1.

The defendant making this petition necessary is USAA CASUALTY INSURANCE COMPANY (hereinafter "USAA"), a foreign insurer who provided UM/UIM coverage to Justin Lord-Stephens.

2.

On August 2, 2019, a wreck occurred on Benton Road in Bossier City, Louisiana, involving a 2002 Chevrolet truck, owned by Tracy Carter and operated by Tiffany Carter and a 2015 Nisan Rouge, owned and operated by Justin Lord-Stephens.

3.

Tiffany Carter failed to yield to right of way traffic and collided with the vehicle driven by Justin Lord-Stephens.

4.

Tiffany Carter's negligence endangered the public and caused Plaintiff's harm by:

    a. Being inattentive;

    b. Failing to see what she should have seen, or in seeing, failing to heed;

    c. Failing to yield to right of way traffic;

    d. Impeding triffic; and

    e. Operating her vehicle in a careless and reckless manner.

5.

At the time of the wreck, Tiffany Carter was insured by Government Employees Insurance Company.

NON-CERTIFIED COPY

6.

On August 19, 2019, Government Employees Insurance Company surrendered the entirety of its policy, $15,000.00.

7.

The vehicle operated by Mr. Lord-Stephens was insured under an uninsured/underinsured motorist policy through USAA with policy identification number: 009800745C71023.

8.

The harms and losses suffered by Mr. Lord-Stephens exceed the amount provided by the underlying policy.

9.

It is alleged upon information and belief that Tiffany Carter had no additional or excess policies, other than Government Employees Insurance Company policy number: 4043-77-55-78.

10.

Tiffany Carter's reckless and negligent conduct caused harm to plaintiff, Justin Lord-Stephens, and is responsible for plaintiff's past, present, and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) permanent injuries and disability; 5) lost wages and economic opportunity; and 6) loss of enjoyment of life.

11.

Plaintiff's claims exceed the sums necessary for trial by jury.

WHEREFORE, plaintiff prays that all harms and losses caused by the defendant be repaired by judgment; all expert fees, penalties, attorney's fees, cost, and interest should be borne by the defendant.

Respectfully Submitted,

MORRIS & DEWETT, LLC

By: _____
Elizabeth A. Hancock (#35487)
*ehancock@morrisdewett.com*
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 - Telephone
(318) 221-4560 – Facsimile

ATTORNEYS FOR PLAINTIFF

**PLEASE SERVE:**
**USAA CASUALTY**
**INSURANCE COMPANY**
Through its Agent for Service of Process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

NON-CERTIFIED COPY